**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**MARK HOLSOMBACH**                                                                                      **PLAINTIFF**
**ADC# 134723**

**V.**                              **CASE NO. 5:15-CV-00222 BSM/BD**

**WENDY KELLEY, et al.**                                                                              **DEFENDANTS**

## ORDER

Plaintiff, Mark Holsombach, an inmate housed at the Maximum Security Unit of the Arkansas Department of Correction ("ADC"), filed this lawsuit *pro se* under 42 U.S.C. § 1983.  (Docket entry #2)  In his Complaint, Mr. Holsombach claims that he is being threatened by other inmates, and asks the Court to issue a temporary restraining order, ordering Defendant Kelley to protect him from all harm by both staff and other inmates.  (#2)  He also asks Defendant Kelley to release copies of his grievances.  (#2)

On July 9, 2015, Mr. Holsombach also filed a motion for a preliminary injunction in a case that was previously dismissed by the Honorable D.P. Marshall Jr., E.D. Ark. Case No. 2:08-CV-00022.  Judge Marshall directed the clerk to docket Mr. Holsombach's motion as a new § 1983 case.  Accordingly, the motion was docketed as a new complaint in E.D. Ark. Case No. 5:15-CV-00224-JLH-BD.  The matters raised by Mr. Holsombach in 5:15-CV-00224 are the same as those raised in this case.  (#2)  Because both complaints raise the same issues, the Clerk is directed to consolidate case 5:15-CV-00224 into this case.

The Clerk is directed to prepare summonses for the Defendants.  The United States

Marshal is directed to serve copies of both complaints, with any attachments, and a summons for these Defendants without requiring prepayment of fees and costs or security. Service for all Defendants should be through the ADC Compliance Division. Because Mr. Holsombach has also alleged imminent danger, Director Wendy Kelley should file an answer or other response to Mr. Holsombach's complaint within 7 days after service. A hearing will be set on Mr. Holsombach's request for a preliminary injunction by separate order.

    IT IS SO ORDERED, this 14th day of July, 2015.

    _____
    UNITED STATES MAGISTRATE JUDGE