**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**MARK HOLSOMBACH**                                                          **PLAINTIFF**
**ADC# 134723**

**V.**                    **CASE NO. 5:15-CV-00222 BSM/BD**

**WENDY KELLEY, et al.**                                              **DEFENDANTS**

**ORDER**

Plaintiff Mark Holsombach has filed an objection to this Court's Recommended Disposition alleging that there are videos that prove he is unsafe in administrative segregation. (Docket entry #19) Mr. Holsombach specifically references video surveillance of an event that took place in the Tucker Maximum Security Unit on May 20, 2015 (#19, p.16) and a security video from barracks 7 in the Tucker Maximum Security Unit on August 15, 2015 from 1:30 -1:40 p.m. (#19, p.20)

Defendants must immediately preserve the referenced videos. If video recordings have been lost, destroyed, or are no longer available (for any reason), Defendants must notify the Court within thirty days and provide a detailed explanation of why that evidence is no longer available and the names of all ADC employees who had any involvement in the destruction or loss of that evidence. The Court may schedule a hearing to take testimony from ADC employees concerning how and why the video recordings were lost or destroyed.

IT IS SO ORDERED, this 28th day of September, 2015.

_____
UNITED STATES MAGISTRATE JUDGE