# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**MARK HOLSOMBACH**  **PLAINTIFF**
**ADC# 134723**

v.   **CASE NO. 5:15CV00222 BSM**

**WENDY KELLEY et al.**  **DEFENDANTS**

## ORDER

The partial recommended disposition ("PRD") filed by United States Magistrate Judge Beth Deere and plaintiff Mark Holsombach's objections thereto have been reviewed. After careful consideration of these documents and a *de novo* review of the record, the PRD is hereby adopted in all respects and Holsombach's request for preliminary injunctive relief [Doc. Nos. 2, 22] is denied.

IT IS SO ORDERED this 25th day of November 2015.

_____
UNITED STATES DISTRICT JUDGE